UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA L. WRIGHT,

    Plaintiff,                                            Case No. 3:21-cv-180

vs.

DEPARTMENT OF DEFENSE,           District Judge Michael J. Newman
                                                            Magistrate Judge Caroline H. Gentry

    Defendant.

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    **IT IS SO ORDERED.**

Date:   December 2, 2022                                 s/Michael J. Newman
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge